IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOT ALAN PERKET,

    Plaintiff,

v.

AHMC ASSET MANAGEMENT, et al.

    Defendants.

ORDER

Case No. 16-cv-824-wmc

Plaintiff Scot Alan Perket has filed a proposed civil complaint. Plaintiff seeks to commence this lawsuit without prepaying the filing fee pursuant to 28 U.S.C. § 1915 and has filed an affidavit of indigency in support of the request.

The court has considered plaintiff's income, assets, and obligations set forth in the affidavit of indigency, and finds that plaintiff's financial situation does not warrant a determination of indigency. Accordingly, plaintiff must prepay the $400 fee for commencing this action.

ORDER

IT IS ORDERED that plaintiff Scot Alan Perket's petition for leave to proceed without prepayment of the filing fee is DENIED. Plaintiff must pay the $400 fee no later than January 6, 2017. If plaintiff fails to do so, this action may be dismissed without prejudice to plaintiff filing the case at a later date.

Entered this 15th day of December, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge