IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOT ALAN PERKET,

    Plaintiff,

v.

AHMC ASSET MANAGEMENT OF
EAU CLAIRE, BUFFALO COUNTY,
LA CROSSE COUNTY and
WEDGEWOOD COMMONS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-824-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for lack of subject matter jurisdiction.

/s/ Peter Oppeneer, Clerk of Court

8/21/2017
Date